11-27-2020    01:14 PM    FAX24 PUBLIC FAX SERVICE        From:            To:            Page   2
11/27/2020  12:22    0370

FILED

PAGE  02
11/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0454

**ORIGINAL**

# IN THE MONTANA SUPREME COURT

| | | |
|---|---|---|
| STATE OF MONTANA | ) | |
| | ) | |
| vs. | ) | DA-20-0454 |
| | ) | |
| GEORGE CARLON | ) | |

FILED

NOV 27 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## COURT'S GRANT OF:
## MOTION FOR 30-DAY EXTENSION OF TIME IN WHICH TO FILE APPELLANT'S BRIEF

At the request of Appellant Carlon, and no objection being raised by the State, the date on which Appellant's Initial Brief shall be due is continued to Monday, December 28, 2020.

So ordered this 27th day of November, 2020.